```
 1  KAREN P. HEWITT
    United States Attorney
 2  WILLIAM A. HALL, JR.
    Assistant U.S. Attorney
 3  California State Bar No. 253403
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7046/(619) 235-2757 (Fax)
    Email: william.a.hall@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0203-H |
| 11 | Plaintiff, ) | DATE: February 25, 2008<br>TIME: 2:00 p.m. |
| 12 | v. ) | Before Honorable Marilyn L. Huff |
| 13 | RAFAEL ALFONSO LABASTIDA-<br>OLCAHEA, ) | UNITED STATES' (1) MOTION FOR FINGERPRINT EXEMPLARS AND RECIPROCAL DISCOVERY; AND (2) RESPONSE TO DEFENDANT'S MOTIONS TO COMPEL DISCOVERY AND GRANT LEAVE TO FILE FURTHER MOTIONS |
| 14-16 | Defendant(s). ) | |
| 17-18 | ) | TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

19     COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

20  Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and

21  hereby files its Motion for Fingerprint Exemplars and Reciprocal Discovery and Response to

22  Defendant's Motions in the above-referenced case. Said motions are based upon the files and

23  records of this case together with the attached statement of facts and memorandum of points and

24  authorities.

25  //

26  //

27  //

28  //

1
2        DATED: February 11, 2008.
3                                          Respectfully submitted,
4                                          KAREN P. HEWITT
                                           United States Attorney
5
6                                          s/ William A. Hall, Jr.
                                           WILLIAM A. HALL, JR.
7                                          Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                         2