FILED

MAR 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR0203-H |
| | ) | |
| Plaintiff, | ) | **S U P E R S E D I N G** |
| | ) | **I N F O R M A T I O N** |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor); |
| RAFAEL ALFONSO LABASTIDA- | ) | Title 8, U.S.C., Sec. 1325 - |
| OLCAHEA, | ) | Illegal Entry (Felony); |
| Defendant. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| | ) | |
| | ) | |

The United States Attorney charges:

Count 1

In or about 1997, within the Southern District of California, defendant RAFAEL ALFONSO LABASTIDA-OLCAHEA, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

//

//

//

//

WAH:San Diego
03/13/2008

Count 2

On or about February 1, 2000, within the Southern District of California, defendant RAFAEL ALFONSO LABASTIDA-OLCAHEA, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about January 10, 2008, within the Southern District of California, defendant RAFAEL ALFONSO LABASTIDA-OLCAHEA, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 13, 2008.

KAREN P. HEWITT
United States Attorney

WILLIAM A. HALL, JR.
Assistant U.S. Attorney